**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

_____

TYLER BONSON                              :
                Plaintiff        :
     v.                                  :
                                   :        Civil Action No. 19-54
HANOVER FOODS CORP., *ET. AL.* :
             Defendants  :

_____

**STIPULATION OF DISMISSAL WITH PREJUDICE
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41**

The Plaintiff, Tyler Bonson, and Defendants, Hanover Foods Corporation and Page Gaddis, have amicably resolved the above captioned matter.  The Plaintiff hereby dismisses the complaint with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

DEREK SMITH LAW GROUP, PLLC

*/s/ Christopher J. DelGaizo, Esquire*
CHRISTOPHER J. DELGAIZO, ESQUIRE
Counsel for Plaintiff

Date: June 30, 2019

MCNEES WALLACE & NURICK, LLC

*/s/ Langdon T. Ramsburg, Esquire*
LANGDON T. RAMSBURG, ESQUIRE
ADAM L. SANTUCCI, ESQUIRE
Counsel for Defendants

Date: June 30, 2020

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

_____

TYLER BONSON                                :
                            Plaintiff        :
      v.                                      :
                                              :       Civil Action No. 19-54
HANOVER FOODS CORP., *ET. AL.* :
                            Defendants   :

_____

## <u>CERTIFICATE OF SERVICE</u>

I, Christopher J. DelGaizo, Esquire, hereby certify that a true and correct copy

of the *Stipulation of Dismissal with Prejudice Pursuant to Fed. R. Civ. Proc. 41* was

sent to the following, on the following date, via electronic email only:


Langdon T. Ramsburg, Esquire
Adam L. Santucci, Esquire
**McNees Wallace & Nurick, LLC**
100 Pine Street
P.O. Box 1166
Harrisburg, PA 17108
*Attorneys for Defendant*


*/s/ Christopher J. DelGaizo, Esquire*
CHRISTOPHER J. DELGAIZO, ESQ.
Attorney for Plaintiff

Date: June 30, 2020